UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES RICHARD JOHNSON, | : | Case No. 1:15-cv-638 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| JENNIFER NICOLE ROGERS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 4, 2015, submitted a Report and Recommendation (Doc. 4).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.  Accordingly:

1.    The Report and Recommendation (Doc. 4) is **ADOPTED**;

2.    Plaintiff's Complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. Section 1915(e), for failure to state a claim against any construed

Defendant, and further because this Court lacks jurisdiction over the complaint.

3.     The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date:  12/28/15                                              *s/ Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Judge